Western Casualty & Surety Company, Appellee, v. Eusebius J. Biggs and Andrew B. Gregory, d/b/a Biggs and Gregory, and Biggs Construction Company, Defendants, Eusebius J. Biggs, Appellant.

Gen. No. 46,321. 

First District, First Division.

June 20, 1955.

Released for publication July 21, 1955.

Maxwell Singer, for appellant; McKinley & Price, for appellee; William McKinley, and Paul E. Price, of counsel. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.